# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144970

IN RE PAROLE OF GEORGE GARZA TORRES.
_____

BAY COUNTY PROSECUTOR,
      Appellee,

v

GEORGE GARZA TORRES,
      Appellant,

and

PAROLE BOARD,
      Appellee.

_____/

SC: 144970
COA: 303576
Bay CC: 10-001001-AP

On order of the Court, the application for leave to appeal the March 1, 2012 order of the Court of Appeals is considered, and it is DENIED as moot. The Parole Board rescinded the prisoner's parole pursuant to MCL 791.236(2).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

Clerk

p0827